## In re Ramírez, Querellado.

### Queja presentada por Juan Mollfulleda.

No. 6.—Resuelto en abril 28, 1913.

Disbarment—Abogados—Honorarios Excesivos.—No habiéndose demostrado que el abogado Ramírez de Arellano se haya valido de engaño alguno para conseguir que Mollfulleda le hiciera cesión del crédito de $500 que cobró Ramírez de Arellano para atender ciertos asuntos judiciales que le había encomendado Mollfulleda, no es el procedimiento de *disbarment* el propio y adecuado para exigir que el citado abogado devuelva a Mollfulleda algún sobrante de las cantidades que le entregara, en el caso de que a ello haya lugar, ni esta corte es el tribunal ante quien puede ejercitar Mollfulleda sus derechos para ese fin.

Los hechos están expresados en la resolución del tribunal. El querellante compareció en nombre propio.
Abogado del Pueblo: Sr. *Charles E. Foote, Fiscal.*

### RESOLUCIÓN.

Por Cuanto Don Juan Mollfulleda ha acudido en queja a esta Corte Suprema contra el abogado Don Francisco Ramírez de Arellano, para que mediante investigación de los hechos que relaciona, sea condenado dicho abogado a devolver a Mollfulleda la suma de 400 dólares que ha retenido en su poder de mayor suma recibida, y de la que sólo podía tomar 100 dólares, para la gestión de ciertos asuntos judiciales que abandonó, habiendo abandonado también otro asunto para cuya gestión recibió 55 dólares en concepto de honorarios anticipados.

Por Cuanto mediante escritura pública de 29 de mayo de 1906, Mollfulleda cedió al abogado Ramírez de Arellano un crédito de 500 dólares, procedente de costas causadas en el

pleito que aquél siguió contra Don Francisco Ramos, sobre nulidad de expediente posesorio, para que atendiera a ciertos asuntos judiciales que Mollfulleda le había encomendado, habiendo percibido Ramírez de Arellano de Don Vicente Balbás a nombre de Don Francisco Ramos, la suma expresada.

Por Cuanto el Fiscal de esta Corte Suprema por delegación del Hon. Attorney General practicó una investigación de los cargos hechos a Ramírez de Arellano por Juan Mollfulleda, y en vista de su resultado informa que el abogado Ramírez de Arellano compareció en los asuntos judiciales a que se refiere Mollfulleda, y a nombre y a favor de éste hizo varias gestiones, sin haberle satisfecho Mollfulleda otra cantidad que los 500 dólares importe del crédito de que se deja hecho mérito, concluyendo el Fiscal con la súplica de que se desestime la queja de Mollfulleda.

Por Cuanto Mollfulleda con conocimiento del anterior informe del Fiscal, pide que se practique nueva investigación y en su día se condene al abogado Ramírez de Arellano a que devuelva y pague la cantidad que resulte a su favor, después de deducidos los honorarios devengados en los pleitos abandonados.

Por cuanto el recurso de queja que ejercita Mollfulleda amparado, según pretende por la ley de 11 de marzo de 1909, no es el propio y adecuado para los fines que persigue, pues no aparece que el abogado Ramírez de Arellano se haya valido de engaño alguno para conseguir que Mollfulleda le hiciera cesión del crédito de 500 dólares que cobró Ramírez de Arellano para atender ciertos asuntos judiciales que le había encomendado Mollfulleda; y si éste se considera agraviado por haber cobrado Ramírez de Arellano honorarios que repute excesivos o si cree que debe devolverle algún sobrante de las cantidades que le entregara, no es esta Corte Suprema el tribunal ante quien pueda ejercitar Mollfulleda sus derechos.

Por tanto, de conformidad con el Señor Fiscal, se desestima la queja de Don Juan Mollfulleda, sin perjuicio de cual-

quier acción de que se crea asistido.   Y archívense las actuaciones.

*Desestimada la queja.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.

Las dos mociones sobre reconsideración presentadas en este caso, han sido denegadas.